

# THE ATTORNEY GENERAL.
## OF TEXAS

**JOHN BEN SHEPPERD**
ATTORNEY GENERAL

AUSTIN 11, TEXAS

July 13, 1953

Hon. J. W. Edgar
Commissioner of Education
Texas Education Agency
Austin, Texas

Opinion No. S-68

Re: The amount of the bond
required of assessor-
collectors of taxes for
independent school dis-
tricts.

Dear Sir:

You have requested the opinion of this office
as to the amount of bond required for the assessor-col-
lector of taxes of an independent school district.
Chapter 62, Acts of the 53rd Legislature, 1953, page
88 (Article 2779b, Vernon's Civil Statutes) provides:

"Section 1. Boards of Trustees of Inde-
pendent School Districts operating under the
General Law are authorized to appoint an
Assessor-Collector of Taxes for their respec-
tive school Districts for a term of office
not to exceed three (3) years, to be deter-
mined by the Board of Trustees; providing
that such Assessor-Collector shall give
bond, to be executed by a surety company
authorized to do business in the State of
Texas, in an amount sufficient to adequately
protect the funds of such school district
in the hands of such Assessor-Collector, but
in no event less than twice the largest
amount collected at any one time in the pre-
ceding fiscal or calendar year, to be deter-
mined by the govering body of such School
District."

Article 2791, Vernon's Civil Statutes, was pre-
viously the general statute governing the tax assessor-
collector for independent school districts. It provid-
ed for bond in double the estimated amount of taxes
which would be collected annually. It is the obvious
intention of the Legislature to change the amount of
bond required. Article 2779b requires a bond of at least
"twice the largest amount collected at any one time in
the preceding fiscal or calendar year." The amount of
such bond is to be determined by the district board of
trustees.

Tax collectors are required to report to their responsible governing body and deposit in the district depository all taxes collected within designated periods. For instance, Article 7249a, Vernon's Civil Statutes, requires the county collector to pay to the county treasurer the taxes collected by him in the preceding week. Article 2801, Vernon's Civil Statutes, provides that the collector of a city or town which constitutes an independent school district shall pay over monthly to the treasurer of the school board the school taxes collected by him. Articles 2744e, Vernon's Civil Statutes, et seq., governing county-wide districts, and Article 2815h, Vernon's Civil Statutes, governing junior college districts, require the tax collector to pay monthly to the school depository the taxes collected by him.

If the assessor-collector of taxes for an independent school district is required by statute to deposit his collections with the school depository or treasurer at stated periods, then the school board is to require him to post a bond of not less than twice the largest amount collected during any such period in the preceding fiscal or calendar year. If no statute stipulates a time for the collector to deposit his collections with the school depository or treasurer, then it is within the discretion of the district board of trustees to require collections to be deposited at specific dates, and to set the collector's bond according to the amounts previously collected during the periods so established.

## SUMMARY

The minimum amount of the bond to be required of the tax assessor-collector of an independent school district under Article 2779b, Vernon's Civil Statutes (Ch. 62, Acts 53rd Leg., 1953, p. 88) is twice the largest amount of taxes collected in the preceding fiscal or calendar year between any two successive dates on which the assessor-collector is required to deposit tax collections in the district depository. Where

there is no statute fixing the period
between required deposits, the district
board of trustees may fix the time within
which deposits must be made.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

Burnell Waldrep
Executive Assistant

By *Billy C. Lee*

Billy E. Lee
Assistant

John Ben Shepperd
Attorney General

BEL:am